UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

| | |
|---|---|
| HAROLD HINGOS, ) | |
| ) | **NOTICE OF** |
| Plaintiff, ) | **APPEARANCE** |
| -against- ) | |
| ) | |
| INTERNATIONAL ALLIANCE OF THEATRICAL ) | Civil Action No. |
| STAGE EMPLOYEES, MOVING PICTURES ) | 04-CV-1178 (TJM/DEP) |
| TECHNICIANS, ARTISTS, AND ALLIED CRAFTS ) | |
| OF THE UNITED STATES, ITS TERRITORIES, AND ) | |
| CANADA, AFL-CIO, CLC ("IATSE"), IATSE LOCAL #54, ) | |
| and WILLIAM CARROLL, in his Official Capacity as ) | |
| Business Agent for Local 54, ) | |
| Defendants. ) | |

-----------------------------------------------------------------------

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**THIS NOTICE**, is to inform you that as of December 16, 2004, defendant IATSE's counsel in this matter and the attorney of record on whom all notices and papers may be served is:

Stephanie A. Miner, Esq.
Blitman & King LLP
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-1415
Telephone: (315) 422-7111
Fax:        (315) 471-2623
Bar Roll No.:   510444

Dated: December 16, 2004

BLITMAN & KING LLP

By: *[signature]*
Stephanie A. Miner, of Counsel
Bar Roll No. 510444
Attorneys for Defendants
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-1415
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: saminer@bklawyers.com

To: RONALD R. BENJAMIN
Attorney for Plaintiff
Bar Roll No. 101131
126 Riverside Drive
P.O. Box 607
Binghamton, New York 13902-0607
Telephone: (607) 772-1442

MARK YOUNG
Attorney for IATSE Local 54
Young & Paniccia, Esqs.
22 Riverside Drive
Binghamton, New York 13905
Telephone: (607) 722-3426

Hon. David E. Peebles
U.S. Magistrate Judge
Federal Building, U.S. Courthouse
P.O. Box 7345
Syracuse, New York 13261-7345

(wlr\DRB\IATSE\SAMNOApp)