UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAROLD HINGOS, | |
| Plaintiff, | **DEFENDANT IATSE ANSWER WITH AFFIRMATIVE DEFENSES** |
| v. | |
| INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURES TECHNICIANS, ARTISTS, AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES, AND CANADA, AFL-CIO, CLC ("IATSE"), IATSE LOCAL #54, and WILLIAM CARROLL, in his Official Capacity as Business Agent for Local 54, | Civil Action No. 3:04-CV-1178 |
| Defendants. | |

Defendant International Alliance of Theatrical Stage Employees, Moving Pictures Technicians, Artists, and Allied Crafts of the United States, its Territories, and Canada, AFL-CIO, CLC ("IATSE"), by and through its undersigned attorneys, answers plaintiff's amended complaint ("Complaint") and states as follows:

1.     Defendant IATSE **DENIES** knowledge or information sufficient to form a belief as to the allegations contained in Complaint paragraph "1".

2.     Defendant IATSE upon information and belief **ADMITS** the allegations contained in Complaint paragraph "2".

3.     Defendant IATSE upon information and belief **ADMITS** the allegations contained in Complaint paragraph "3".

4.     Defendant IATSE **DENIES** knowledge or information sufficient to form a belief as to the allegations contained in Complaint paragraph "4".

5.     Defendant IATSE **DENIES** the allegations contained in Complaint paragraph "5".

6. Defendant IATSE **DENIES** the allegations contained in Complaint paragraph "6".

7. Defendant IATSE **DENIES** having knowledge or information sufficient to form a belief as to the allegations contained in Complaint paragraph "7".

8. Defendant IATSE **DENIES** having knowledge or information sufficient to form a belief as to the allegations contained in Complaint paragraph "8".

9. Defendant IATSE **ADMITS** such part of Complaint paragraph "9" as alleges Plaintiff was a stage hand and carpenter and **DENIES** knowledge and information sufficient to form a belief as to the remaining allegations contained in Complaint paragraph "9".

10. Defendant IATSE **DENIES** having knowledge or information sufficient to form a belief as to the allegations contained in Complaint paragraph "10".

11. Defendant IATSE **DENIES** having knowledge or information sufficient to form a belief as to the allegations contained in Complaint paragraph "11".

12. Defendant IATSE **DENIES** having knowledge or information sufficient to form a belief as to the allegations contained in Complaint paragraph "12".

13. Defendant IATSE **DENIES** having knowledge or information sufficient to form a belief as to the allegations contained in Complaint paragraph "13".

14. Defendant IATSE **DENIES** having knowledge or information sufficient to form a belief as to the allegations contained in Complaint paragraph "14".

15. Defendant IATSE **DENIES** each and every allegation contained in Complaint paragraph "15".

16. Defendant IATSE **DENIES** all the allegations directed at IATSE and **DENIES** having knowledge or information sufficient to form a belief as to the remaining allegations contained in Complaint paragraph "16".

17. Defendant IATSE **DENIES** that Defendant William Carroll is an agent of IATSE and **DENIES** having information and knowledge sufficient to form a belief as to the remaining allegations contained in Complaint paragraph "17".

18. Defendant IATSE **DENIES** all the allegations directed at IATSE and **DENIES** having knowledge or information sufficient to form a belief as to the remaining allegations contained in Complaint paragraph "18".

19. Defendant IATSE **DENIES** all the allegations directed at IATSE and **DENIES** having knowledge or information sufficient to form a belief as to the remaining allegations contained in Complaint paragraph "19".

20. Defendant IATSE **DENIES** all the allegations directed at IATSE and **DENIES** having knowledge or information sufficient to form a belief as to the remaining allegations contained in Complaint paragraph "20".

21. Defendant IATSE **DENIES** all the allegations directed at IATSE and **DENIES** having knowledge or information sufficient to form a belief as to the remaining allegations contained in Complaint paragraph "21".

22. Defendant IATSE **DENIES** all the allegations directed at IATSE and **DENIES** having knowledge or information sufficient to form a belief as to the remaining allegations contained in Complaint paragraph "22".

23. Defendant IATSE **DENIES** each and every allegation contained in Complaint paragraph "23".

24. Defendant IATSE **DENIES** having knowledge or information sufficient to form a belief as to the allegations contained in Complaint paragraph "24".

25. Defendant IATSE **DENIES** all the allegations directed at IATSE and **DENIES** having knowledge or information sufficient to form a belief as to the remaining allegations contained in Complaint paragraph "25".

26. Defendant IATSE **DENIES** having knowledge or information sufficient to form a belief as to the allegations contained in Complaint paragraph "26".

27. Defendant IATSE **DENIES** having knowledge or information sufficient to form a belief as to the allegations contained in Complaint paragraph "27".

28. Defendant IATSE **DENIES** all the allegations directed at IATSE and **DENIES** having knowledge or information sufficient to form a belief as to the remaining allegations contained in Complaint paragraph "28".

29. Defendant IATSE **DENIES** all the allegations directed at IATSE and **DENIES** having knowledge or information sufficient to form a belief as to the remaining allegations contained in Complaint paragraph "29".

30. Defendant IATSE **DENIES** each and every allegation contained in Complaint paragraph "30".

31. Defendant IATSE **DENIES** the allegations contained in Complaint paragraph "31".

32. Defendant IATSE **DENIES** the allegations contained in Complaint paragraph "32".

33. Defendant IATSE **DENIES** each and every allegation contained in Complaint paragraph "33".

34. Defendant IATSE **ADMITS** that labor organizations, including IATSE, have various legal and contractual duties towards people they represent, including Plaintiff, and **DENIES** having knowledge or information sufficient to form a belief as to the remaining allegations contained in Complaint paragraph "34".

35. With respect to the allegations set forth in paragraph "35" of the Complaint, Defendant IATSE respectfully refers the Court to the Bill of Rights contained in the Labor Management Reporting and Disclosure Act, (29 U.S.C. 411) for its legal meaning and effect and **DENIES** having knowledge or information sufficient to form a belief as to the remaining allegations contained in Complaint paragraph "35".

36. With respect to the allegations set forth in paragraph "36" of the Complaint, Defendant IATSE respectfully refers the Court to the Bill of Rights contained in the Labor Management Reporting and Disclosure Act, (29 U.S.C. 411) for its legal meaning and effect and **DENIES** having knowledge or information sufficient to form a belief as to the remaining allegations contained in Complaint paragraph "36".

37. Defendant IATSE **DENIES** having knowledge or information sufficient to form a belief as to the allegations contained in Complaint paragraph "37".

38. Defendant IATSE **ADMITS** that labor organizations, including IATSE, have various legal and contractual duties towards the people they represent, including Plaintiff, and **DENIES** having knowledge or information sufficient to form a belief as to the remaining allegations contained in Complaint paragraph "38".

39. Defendant IATSE **DENIES** the allegations contained in Complaint paragraph "39".

40. Defendant IATSE **DENIES** each and every allegation contained in the Complaint not heretofore specifically admitted, denied, or otherwise controverted.

## FIRST AFFIRMATIVE DEFENSE

41. Plaintiff's Complaint fails to state a cause of action against IATSE upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

42. This Court lacks subject matter jurisdiction for the claims alleged against IATSE.

### THIRD AFFIRMATIVE DEFENSE

43. The Court lacks personal jurisdiction over IATSE.

### FOURTH AFFIRMATIVE DEFENSE

44. Some or all of Plaintiff's claims are barred because he failed to exhaust available administrative remedies.

### FIFTH AFFIRMATIVE DEFENSE

45. Some or all of Plaintiff's claims are barred by the applicable statutes of limitations.

### SIXTH AFFIRMATIVE DEFENSE

46. Some or all of Plaintiff's claims are barred by the doctrine of the duty of fair representation.

### SEVENTH AFFIRMATIVE DEFENSE

47. Some or all of Plaintiff's claims are barred by his failure to obtain a right to sue notice as required by ADEA (29 U.S.C. §626).

### EIGHTH AFFIRMATIVE DEFENSE

48. Some or all of Plaintiff's claims are barred by the doctrine of Garmon preemption.

**WHEREFORE,** Defendant IATSE demands judgment dismissing the Complaint and granting such other and further relief as the Court deems appropriate.

Dated: December 29, 2004                           BLITMAN & KING LLP
       Syracuse, New York

                                                   By:_____/s/_____
                                                       Stephanie A. Miner, Esq.
                                                        of Counsel
                                                       Bar Roll No.:510444
                                                       Attorneys for Defendants
                                                       Franklin Center, Suite 300
                                                       443 North Franklin Street
                                                       Syracuse, New York  13204-1415
                                                       Telephone:  (315) 422-7111
                                                       Facsimile:  (315) 471-2623
                                                       e-mail:  saminer@bklawyers.com

jas/sam/IATSE/Pleadings/Answer