UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

HAROLD HINGOS,

                Plaintiff,

                STIPULATION OF
                DISCONTINUANCE

        -against-

                CV No.: 3:04-CV-1178
                (TJM/DEP)

INTERNATIONAL ALLIANCE OF THEATRICAL
STATE EMPLOYEE, MOVING PICTURES
TECHNICIANS, ARTISTS, AND ALLIED CRAFTS
OF THE UNITED STATES, ITS TERRITORIES, AND
CANADA, AFL-CIO, CLC ("IATSE"), IATSE LOCAL #54,
and WILLIAM CARROLL, in his Official Capacity as
Business Agent for Local 54,

                Defendants.

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, on the merits, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: ~~February~~ March 31, 2005

                                            _____
                                            MARK H. YOUNG, ESQ.
                                            YOUNG & YOUNG
                                            Attorney for Defendants IATSE LOCAL
                                            #54 and WILLIAM CARROLL
                                            Office & P.O. Address
                                            22 Riverside Drive
                                            Binghamton, NY 13905

Dated: February 24, 2005

*Ronald R. Benjamin*
RONALD R. BENJAMIN, ESQ.
LAW OFFICES OF RONALD R. BENJAMIN
Attorney for Plaintiff
Office & P.O. Address
126 Riverside Drive
P.O. Box 607
Binghamton, New York 13902-0607

Dated: ~~February~~ March 3, 2005

*Stephanie A. Miner*
STEPHANIE A. MINER, ESQ.
BLITMAN & KING LLP
Attorneys for Defendant - "IATSE"
Office & P. O. Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, NY 13204-1415